(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Michael Anthony Martin,
Pro se
_____
Plaintiff(s)

v.

Bio Quan, Fort Lauderdale Hospital, Larkin Hospital Psychiatric Annex, Tracy Wieszota, And Joshua Dixon, et al. others currently unknown,
_____
Defendant(s)

07-21056
CIV-HUCK
MAGISTRATE JUDGE SIMONTON

FILED BY ___ DKT
07 APR 20 AM 9:22
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

## COMPLAINT

I, Michael Anthony Martin, plaintiff, in the above styled cause, sues defendant(s); the above-named Defendants (not exhaustive)

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed - refer to Appendix B for a list)*

This action is filed under: The "Americans with Disabilities Act" (not exhaustive as I've been denied access to a law library arbitrarily and in violation of U.S. Const. Amends. V and XIV). Title 42 §1983 and other Civil Rights Statutes may also be applicable in this matter due to the denial of laboratory documents And the blatant refusal of Defendants to retain samples of urinalyses for independant laboratory (see infra). However, it does not appear that Defendants are or have been acting under "color of law." Please note, this cannot be stressed enough, at least two (2) Defendants have been, I believe, convicted and/or charged with Medicare fraud. Please feel free to the U.S. Attorney's Office and/or FBI with this info.

(Rev. 10/2002) Complaint

*(Statement of Facts)*

Plaintiff resides at Neu Vita Point Inc., an apartment complex managed by Defendant Wieszala, and which located in North Miami, Florida. Both Defendant Wieszala and Defendant Dixon fallaciously accused this Plaintiff of having had opieds in a recent urinalysis (hereinafter "UA" or "UAs"). Residents who are participating in Neu Vita's "Partial Hospitalization Program ("PHP") must provide UAs once weekly at Bio Quan which is incestually related to Neu Vita on a corporate level. Larkin Hospital's Psychiatric Annex AND Fort Lauderdale are also similarly incestuosly related on the same corporate level.

1) On April 02, 2007 Plaintiff requested, in writing, a copy of his alleged "dirty urine" from Bio Quan; which Plaintiff has never seen nor received. Plaintiff asserts this violates his Constitutional Rights under U.S. Const. Amends V and XIV. as Plaintiff confined to Neu Vita's property for two (2) weeks as result; additionally Plaintiff was denied access simultaltaneously Neu Vita's internet computers. See, again, U.S. Const. Amends. V and XIV. Plaintiff informed Defendant Wieszala, in writing, of the above-referenced Constitutional Violations; whereupon, she smugly laughed at plaintiff and refused him access to the law.

2) Plaintiff has degeneration of the lumbar spine (not exhaustive) and was in terrible pain this morning (i.e., April 07, 2007) and felt it wise not to attend PHP today. Defendant Dixon threatened to discharge Plaintiff and expell him from his apartment as a result. Plaintiff feels this is contrary to American with. Disability Act.

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, Plaintiff seeks injunctive relief from this Court (e.g., labarotory documents which prove one's UA is tainted, retention of a portion of the UA specimen for testing by an independent laboratory for Plaintiff's sake [not exhaustive]). Plaintiff prays the Court will issue such an Order as described in the paragraph above.

Signed this 7th day of April, 20 07.

Michael Anthony Martin
Printed or typed name of Filer

Pro se
Florida Bar Number

(954) 536-4801
Phone Number

447 NE 125th St, Apt. 33
Street Address

North Miami, FL 33161
City, State, Zip Code

[Signature of Filer]

N/A
E-mail address

N/A
Facsimile Number

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

07-21056 CIV-HUCK

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS**
Michael Anthony MARTIN

**DEFENDANTS**
Bio Quan, Fort Lauderdale Hospital, Larkin Hospital Psychiatric Annex, Tracy Wieszala, Joshua Dixon, et al.

(b) County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael A. Martin, Pro se

DADE 07cv 21056/Huck/Simonton

MAGISTRATE JUDGE
SIMONTON

Attorneys (If Known)

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare MAM / ☐ 535 Death Penalty | | ☐ 871 IRS---Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE                            DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): I am an American, U.S. citizen, involved in a long-term treatment program at this time. I've been arbitrarily punished without having been provided with documentary evidence, denied urinalysis-test remnants for independent testing. *

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE

FOR OFFICE USE ONLY
AMOUNT    RECEIPT #    IFP

* additionally, I've denied access to a law library, in order to persue this action even after having informed certain Defendants, in writing, of this. See, e.g., U.S. Const. Amends. V and XIV. I also feel I'm the victim of (over)

Medicare fraud vis-a-vis the hospital Defendants, Larkin has a record of Medicare fraud and one the physicians at Bio Quan recently had his license to practice suspended for Medicare fraud. I've been threatened with expulsion today (i.e., April 07, 2007) for persuing this action for the purpose of enforcing my Constitutional Rights by Defendan Joshua Dixon ... which clearly retalliatory. I'm experincing odd symptoms because my psychiatric medications are obviously in need of adjustment; yet Defendants Fort Lauderdale Hospital and Larkin Annex appear to be denying access to a psychiatrist or the flagrant absence of psychiatrists is merely representative of Medicare fraud as I'm willing to suggest that these illusory psychiatrists bill Medicare exhorbitantly (not exhaustive).

Thank you for your attention to these matters, Clerk Maddox. I'd suggest strongly that the above-named Defendants be investigated for Medicare fraud; although, it appears that may be ongoing. I'm more than willing to provide a affidavit and/or testify in such a Medicare fraud prosecution. All Defendants are incestually related on a corporate level, and Defendants Wieszala and Dixon live and/or run Neu Vita Point Inc., our housing complex. Both Wieszala and Dixon have threatened me with expulsion for persuing this matter for the purpose of retaliation. I'm simply seeking Injunctive Relief, not money. NW